ACCEPTED
04-15-00487-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/17/2015 2:24:11 PM
KEITH HOTTLE
CLERK

## No. 04-15-000487-CV

In the Court of Appeals
for the Fourth Judicial District of Texas
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/17/15 2:24:11 PM
KEITH E. HOTTLE
Clerk

**CONOCOPHILLIPS COMPANY,**

*Appellant,*

**V.**

**LEON OSCAR RAMIREZ JR., INDIVIDUALLY AND JESUS M. DOMINGUEZ, AS GUARDIAN OF THE ESTATE OF MINERVA CLEMENTINA RAMIREZ, AN INCAPACITATED PERSON,**

*Appellees.*

From Cause No. 7,637
49th Judicial District Court, Zapata County, Texas
Honorable Jose A. Lopez, Presiding Judge

## CONOCOPHILLIPS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Michael V. Powell
  Texas Bar No. 16204400
  mpowell@lockelord.com
Cynthia K. Timms
  Texas Bar No. 11161450
  ctimms@lockelord.com
Amanda L. Cottrell
  Texas Bar No. 24064972
  acottrell@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:    214-740-8000
Facsimile:    214-740-8800

Darrell L. Barger
  Texas Bar No. 01733800
  dbarger@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
800 N. Shoreline Boulevard
North Tower, Suite 2000
Corpus Christi, Texas 78401
Telephone:    361-866-8000
Facsimile:    361-866-8039

Adolfo Campero
  Texas Bar No. 00793454
  acampero@camperotamez.com
CAMPERO TAMEZ, PLLC
315 Calle Del Norte, Suite 207
Laredo, Texas 78041
Telephone:    956-796-0330
Facsimile:    956-796-0399

TO THE HONORABLE COURT OF APPEALS:

Appellant ConocoPhillips Company ("ConocoPhillips") moves for an extension of time in which to file its Appellant's brief in this matter. ConocoPhillips requests an extension of 30 days to and including January 29, 2016 in which to file its Appellant's brief. In support of this motion, ConocoPhillips would show as follows:

1.      This is an appeal from a final judgment. The record in this case was filed on November 6, 2015. One of the Appellees, Leon Oscar Ramirez Jr., filed for bankruptcy and this appeal was abated on November 13, 2015. Appellee Leon Oscar Ramirez Jr. filed a motion to reinstate the appeal and the appeal was reinstated on November 30, 2015. Appellants' briefs are currently due on December 30, 2015.

2.      ConocoPhillips seeks an extension of time in which to file its Appellant's brief. In reviewing the record, counsel for both Appellant and Appellees have identified items missing from the record. On November 20, Appellees wrote the District Clerk of Zapata County listing items missing from the record. That letter is attached as Exhibit A. ConocoPhillips filed a Request for Preparation of Second Supplemental Clerk's Record on December 2, 2015 detailing items it found were missing. That request is attached as Exhibit B. In checking with the District Clerk of Zapata County, ConocoPhillips does not expect

1

the supplemental record to be filed with this Court until after December 30, when Appellant's brief is due.

3. Counsel for ConocoPhillips also have other pending matters. Cynthia Timms has a petition for review to be filed on January 6, 2016 in the Texas Supreme Court in *Samson Exploration v. T.S. Reed Properties*, Cause No. 15-0886. She also had to file a brief and evidentiary objections in a summary judgment proceeding in *Spice Resources v. Burlington Resources* pending in Montague County. The summary judgment hearing in that case was on December 14, 2015. Ms. Timms also has to respond to discovery in that case. Michael Powell is preparing for a trial that starts in January in a multidistrict litigation pending in the Northern District of Texas.

3. This is ConocoPhillips' first request for an extension of time for filing its Appellant's brief.

4. ConocoPhillips has conferred with Lisa Hobbs, one of the counsel for Appellees, regarding this motion for extension of time, and Ms. Hobbs has stated this motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, Appellant ConocoPhillips Company requests the Court for an extension of time to and including January 29, 2016 in which to file its Appellant's brief in the referenced action.

Respectfully submitted,

*/s/ Cynthia K. Timms*

Michael V. Powell
 Texas Bar No. 16204400
 mpowell@lockelord.com
Cynthia K. Timms
 Texas Bar No. 11161450
 ctimms@lockelord.com
Amanda L. Cottrell
 Texas Bar No. 24064972
 acottrell@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
Telephone:  214-740-8000
Facsimile:   214-740-8800

Darrell L. Barger
 Texas Bar No. 01733800
 dbarger@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
800 N. Shoreline Blvd., N. Twr., Ste. 2000
Corpus Christi, Texas  78401
Telephone:  361-866-8000
Facsimile:   361-866-8039

Adolfo Campero, Jr.
 Texas Bar No. 00793454
 acampero@camperotamez.com
CAMPERO & ASSOCIATES, P.C.
315 Calle Del Norte, Suite 207
Laredo, Texas  78041
Telephone:  956-796-0330
Facsimile:   956-796-0399

**ATTORNEYS FOR APPELLANT
CONOCOPHILLIPS COMPANY**

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 16, 2015, counsel for ConocoPhillips conferred with Lisa Hobbs, counsel for Appellees in this case, regarding this Motion. Ms Hobbs stated that Appellees do not oppose the extension of time requested in this motion.

*/s/ Cynthia K. Timms*
Cynthia K. Timms

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December 2015, a true and correct copy of this Motion for Extension of Time was served by eFileTexas and/or email on the other parties to this appeal through their counsel of record listed below:

J. Alberto Alarcon
Hall, Quintanilla, & Alarcon, LLC
P.O. Box 207
1302 Washington
Laredo, Texas 78042-0207
*Attorney for Appellees*

Lisa Hobbs
Kuhn Hobbs PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
*Attorney for Appellees*

Jessie Castillo
CASTILLO SNYDER PC
300 Convent Street, Suite 1020
San Antonio Texas 78205
*Attorney for El Milagro Minerals, Ltd., and Rodolfo C. Ramirez, Individually and as Independent Executor of the Estate of Ileana Ramirez, Deceased*

John A. Kazen
Kazen, Meurer & Pérez, L.L.P.
211 Calle del Norte, Suite 100
P.O. Box 6237
Laredo, Texas 78041-6237
*Trial Attorneys for El Milagro Minerals, Ltd., and Rodolfo C. Ramirez, Individually and as Independent Executor of the Estate of Ileana Ramirez, Deceased*

/s/ Cynthia K. Timms
Cynthia K. Timms

# EXHIBIT A

Filed 11/20/2015 4:07:04 PM
Dora Castanon
District Clerk
Zapata County, Texas

LAW OFFICES OF
## HALL, QUINTANILLA & ALARCON
A LIMITED LIABILITY COMPANY
P.O. BOX 207
LAREDO, TEXAS 78042

†H.C. HALL, III (1932-2012)
GUSTAVO T. QUINTANILLA
GUILLERMO G. ALARCON
ALBERTO ALARCON

PHYSICAL ADDRESS:
1302 WASHINGTON STREET
LAREDO, TEXAS 78040
TELEPHONE: (956) 723-5527
FACSIMILIE: (956) 723-8168

November 20, 2015

Ms. Dora Martinez Castañón                Via E-filing and Facsimile No. 956 765 9931
District Clerk, Zapata County, Texas
200 E. 7th Avenue, Suite 119
Zapata, Texas 78076

Re: ***Leon Oscar Ramirez, Jr. et al. v. ConocoPhillips Company***, ***et al.***-No. 7,637, Zapata County, Texas, 49th Judicial District Court

Dear Ms. Castañon:

Plaintiffs Leon Oscar Ramirez, Jr. and Minerva Clementina Ramirez have identified errors in the Clerk's Record in the above-styled case that was previously filed with the Fourth Court of Appeals. Specifically, the following items requested by ConocoPhillips Company in its Request for Preparation of Clerk's Record were not included in the Clerk's Record:

Items 7, 8, 9, 10, 11, 12, 27, 30, 33, 38, 53, 68, 71, 74, and 103

As to Plaintiff's First Supplemental Request for Additional Items to be Included in the Clerk's Record, the following items requested by Plaintiffs were not included in the Clerk's Record:

Items 1 and 2

For your convenience, I am enclosing copies of ConocoPhillips' and Plaintiffs' requests.

In accordance with Texas Rule of Appellate Procedure 34.5(c), Plaintiffs respectfully request the omitted items be prepared, certified, and filed in the Fourth

Court of Appeals at the earliest opportunity, along with a copy of this letter requesting supplementation.

Thank you for your assistance with this matter. If you have any questions, or need additional information, please do not hesitate to call me.

Sincerely,

*/s/ Alberto Alarcon*
Alberto Alarcon
**Attorney for Plaintiffs**

cc: All counsel of record

# EXHIBIT B

Filed 12/2/2015 3:23:08 PM
Dora Castanon
District Clerk
Zapata County, Texas

## CAUSE NO. 7,637

| | | |
|---|---|---|
| LEON OSCAR RAMIREZ, JR., INDIVIDUALLY, ROSALINDA RAMIREZ ECKHARDT, INDIVIDUALLY, and JESUS M. DOMINGUEZ, AS GUARDIAN OF THE ESTATE OF MINERVA CLEMENTINA RAMIREZ, an incapacitated person, *Plaintiffs*, | § § § § § § § § § | IN THE DISTRICT COURT OF |
| v. | § § § | ZAPATA COUNTY, TEXAS |
| CONOCOPHILLIPS COMPANY, EOG RESOURCES, INC., ESTATE OF ILEANA RAMIREZ, DECEASED, EL MILAGRO MINERALS, LTD., AND RODOLFO C. RAMIREZ, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF ILEANA RAMIREZ, DECEASED, *Defendants*. | § § § § § § § § § § § | 49TH JUDICIAL DISTRICT |

### CONOCOPHILLIPS COMPANY'S REQUEST FOR PREPARATION OF SECOND SUPPLEMENTAL CLERK'S RECORD

TO:    THE HONORABLE DORA MARTINEZ CASTAÑON
        DISTRICT CLERK
        ZAPATA COUNTY, TEXAS

On November 6, the San Antonio Court of Appeals filed an electronic Clerk's Record and an electronic Supplemental Clerk's Record in Cause No. 04-15-00487-CV in *ConocoPhillips Company et al. v. Leon Oscar Ramirez, Jr., et al.* Some of the items previously requested were not contained in those Clerk's Records and two items did not contain all of the attachments.

ConocoPhillips Company hereby requests that you prepare a Second Supplemental Clerk's Record containing the following items. To assist the Court with the preparation of this request for a supplemental Clerk's record, ConocoPhillips will be separately providing file-stamped copies of the requested documents, in the event the Court does not have or cannot locate the listed documents.

**REQUEST FOR PREPARATION OF SECOND SUPPLEMENTAL CLERK'S RECORD**      **Page 1**

| NO. | DOCUMENT TITLE | DATED |
|---|---|---|
| 1. | In Vol. 10, stamped pp. 3322-3781 (Clerk Record Ref. pp. (bottom left) 3396-3845), ConocoPhillips Company's Motion to Reopen and Reconsider the December 6, 2012 Summary Judgment Evidence, with exhibits A-F. Exhibits E-F are missing. (Originally requested by ConocoPhillips 6/28/15 at No. 65.) | 04/22/13 |
| 2. | In Vol. 14, stamped pp. 5500-5570 (Clerk Ref. pp. 5569-5639) (Plaintiffs' Response to ConocoPhillips' Motion for Partial Summary Judgment on Will Construction, Estoppel, Ratification, and Alleged Bad Faith Cotenancy, with Exs. 1-13). Ex. 2 is cut off at the bottom of the page. (Originally requested by ConocoPhillips 6/28/15 at No. 76.) | 06/25/14 |
| 3. | Plaintiffs' Response to EOG's First and ConocoPhillips Second Amended Motions for Summary Judgment. (Originally requested by ConocoPhillips 6/28/15 at No. 19.) | 11/18/11 |
| 4. | All Defendants' Post-Hearing Brief on Plaintiffs' and Defendants' Cross-Motions for Partial Summary Judgment. (Originally requested by ConocoPhillips 6/28/15 at No. 38.) | 01/30/12 |
| 5. | ConocoPhillips Company's Brief on Proposed Expert Testimony of Luciano Adrian Rodriguez. (Originally requested by ConocoPhillips 6/28/15 at No. 68.) | 04/25/13 |
| 6. | Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd.'s Joinder of ConocoPhillips Company's Motion for Partial Summary Judgment on Will Construction, Estoppel, Ratification, and Alleged Bad Faith Cotenancy. (Originally requested by ConocoPhillips 6/28/15 at No. 74.) | 06/24/15 |
| 7. | Order [Denying Rodolfo C. Ramirez, Individually and as the Independent Executor of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd.'s Motion for Partial Summary Judgment on Will Construction, Estoppel and Ratification]. (Originally requested by ConocoPhillips 6/28/15 at No. 102.) | 12/03/14 |
| 8. | Defendants Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd.'s Notice of Appeal. (Originally requested by ConocoPhillips 7/28/15 at No. 125.) | 06/09/15 |
| 9. | Defendants Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd.'s Motion to Vacate, Set Aside, Modify, Correct, or Reform Judgment. (Originally requested by ConocoPhillips 7/28/15 at No. 126.) | 06/10/15 |

| | | |
|---|---|---|
| 10. | ConocoPhillips Company's First Amended Notice of Appeal. (Originally requested by ConocoPhillips 7/28/15 at No. 128.) | 07/28/15 |
| 11. | ConocoPhillips Company's First Supplemental Request for Preparation of Clerk's Record. (Originally requested by ConocoPhillips 7/28/15 at No. 129.) | 07/28/15 |
| 12. | Plaintiffs' Cross Notice of Appeal. (Originally requested by Plaintiffs on 8/7/15 at No. 1.) | 07/30/15 |
| 13. | Plaintiffs' First Supplemental Request For Additional Items to be Included in the Clerk's Record Requested by ConocoPhillips Company. (Originally requested by ConocoPhillips 8/7/15 at No. 2.) | 08/07/15 |
| 14. | Court docket sheet listing documents filed after August 11, 2015. (Originally requested by ConocoPhillips 7/28/15 at No. 130.) | |

At your earliest convenience, please inform the undersigned counsel of your requirements whether any additional payments will be required for this Second Supplemental Record.

Dated: December 2, 2015

Respectfully submitted,


*/s/ Amanda L. Cottrell*

Michael V. Powell
  Texas Bar No. 16204400
  mpowell@lockelord.com
Cynthia K. Timms
  Texas Bar No. 11161450
  ctimms@lockelord.com
Amanda L. Cottrell
  Texas Bar No. 24064972
  acottrell@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214-740-8000 (Main Telephone)
214-740-8800 (Main Facsimile)
    -And –
Darrell L. Barger
  Texas Bar No. 01733800
  dbarger@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
800 N. Shoreline Blvd., North Tower, Ste. 2000
Corpus Christi, Texas 78401
361-866-8000 (Telephone)
361-866-8039 (Facsimile)
    - And-
Adolfo Campero, Jr.
  Texas Bar No. 00793454
  acampero@camperolaw.com
CAMPERO & ASSOCIATES, P.C.
315 Calle Del Norte, Ste. 207
Laredo, Texas 78041
956-796-0330 (Telephone)
956-796-0399 (Facsimile)

**ATTORNEYS FOR DEFENDANT
CONOCOPHILLIPS COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing Request for Preparation of Second Supplemental Clerk's Record was served on the following counsel of record by ECF and Email in accordance with Tex. R. Civ. P. 21a via email PDF on this the 2nd day of December, 2015:

J. Alberto Alarcon
HALL, QUINTANILLA, & ALARCON
P.O. Box 207
1302 Washington
Laredo, Texas  78042-0207
aalarcon@sbcglobal.net
*Attorney for All Plaintiffs*

Bruce Werstak
SAMES & WERSTAK, LLP
6721 McPherson Road, Suite 360
Laredo, Texas 78041
bruce@sameswerstak.com
*Counsel for Leon O. Ramirez, Jr. and Rosalinda Ramirez Eckhardt in their capacity as the co-executors of the Estate of Leon O. Ramirez, Sr., Deceased, Third Party Defendants*

John A. Kazen
KAZEN, MEURER & PÉREZ, L.L.P.
211 Calle del Norte, Suite 100
P.O. Box 6237
Laredo, Texas 78041-6237
ftamez@kmp-law.com
*Attorneys for El Milagro Minerals, Ltd., and Rodolfo C. Ramirez, Individually and as Independent Executor of the Estate of Ileana Ramirez, Deceased, Defendants*

Jesse Castillo
CASTILLO SNYDER PC
300 Convent Street, Ste 1020
San Antonio Texas 78205
jcastillo@casnlaw.com
*Attorneys for El Milagro Minerals, Ltd., and Rodolfo C. Ramirez, Individually and as Independent Executor of the Estate of Ileana Ramirez, Deceased, Defendants*

Lisa Hobbs
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
Lisa@KuhnHobbs.com
*Attorney for All Plaintiffs*

*/s/   Amanda L. Cottrell*
Amanda L. Cottrell